FILED

05/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0188

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0188

_____

BANNER LEE BOYD,

      Petitioner and Appellant,

  v.                                  O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

The record was filed for purposes of this appeal on March 29, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 12, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2023